CHARLES MEHL, Respondent, v. PHILIP WALDORF, Appellant.

*Practice—Exceptions.*—No point saved for the consideration of the court.

*Appeal from St. Louis Law Commissioner's Court.*

*W. Primm,* for respondent.

*W. J. Romyn,* for appellant.

Morris, Trustee, v. Horrell et als.

BAY, Judge, delivered the opinion of the court.

It does not appear from the record in this case that any objection was made, or exception taken, to any ruling of the court below. There is, therefore, no point saved for the consideration of this court.

Let the judgment herein be affirmed. Judge Dryden concurs.